**SIROB IMPORTS, INC.,**
Plaintiff–Appellant,

v.

**PEERLESS INSURANCE COMPANY,**
Defendant–Appellee.

**No. 13–3144–cv.**

United States Court of Appeals,
Second Circuit.

March 6, 2014.

Mitchell J. Winn, Esq., Garden City, NY, for appellant.

Scott D. Storm, Mura & Storm, PLLC, Buffalo, NY, for appellees.

PRESENT: REENA RAGGI, DENNY CHIN, Circuit Judges, and MAE A. D'AGOSTINO, District Judge.*

### SUMMARY ORDER

The parties having agreed at oral argument that the case is now moot in light of *Executive Plaza, LLC v. Peerless Insurance Co.*, —— N.Y.2d ——, 982 N.Y.S.2d 826, 5 N.E.3d 989, 2014 WL 551251, 2014 N.Y. Slip Op. 00898 (Feb. 13, 2014), the district court's judgment of dismissal without prejudice is AFFIRMED.